FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 30 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01312-BNB

GILBERTO CRUZ,

Applicant,

v.

KEVIN MILYARD, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

---

ORDER OF DISMISSAL

---

Applicant, Gilberto Cruz, is in the custody of the Colorado Department of Corrections and is incarcerated at the Sterling Correctional Facility in Sterling, Colorado. He initiated this action by filing a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.

On May 24, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Cruz to cure a deficiency in this case within thirty days. Specifically, Mr. Cruz was directed to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the Court-approved form, along with a certificate showing the current balance in his prisoner's trust fund account. He was informed that the § 1915 motion and affidavit were necessary only if the $5.00 filing fee was not paid in advance. The May 24 Order warned Mr. Cruz that if he failed to cure the designated deficiency within the time allowed, the action would be dismissed without further notice.

Mr. Cruz has not filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action, as directed by the May 24 Order.

Alternatively, Mr. Cruz has not paid the $5.00 filing fee. Therefore, Mr. Cruz has failed to cure the designated deficiency within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Applicant, Gilberto Cruz, to comply with the order to cure dated May 24, 2011. It is

FURTHER ORDERED that no certificate of appealability will issue because Mr. Cruz has not made a substantial showing of the denial of a constitutional right.

DATED at Denver, Colorado, this 30th day of June, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01312-BNB

Gilberto Cruz
Prisoner No. 137685
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on June 30, 2011.

GREGORY C. LANGHAM, CLERK

By:_____________________________
Deputy Clerk